IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| NKOSI CHAMBERLAIN, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 2:17-CV-717-WHA [WO] |
| SHERIFF RUSSELL THOMAS, | ) ) ) | |
| Respondent. | ) | |

## **ORDER and OPINION**

On October 27, 2017, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. After an independent evaluation and *de novo* review of the file, the Recommendation (Doc. 6) is ADOPTED, and it is hereby

ORDERED that this 28 U.S.C. § 2241 habeas corpus petition is DENIED as duplicative and DISMISSED under Rule 4, *Rules Governing Section 2254 Cases in the United States District Court*.

A Final Judgment will be entered separately.

Done this 22nd day of November, 2017.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE